UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLOBEFILL INCORPORATED,                      23-cv-4520 (JGK)

        Plaintiff,                          ORDER

    - against -

T.J.X. COMPANIES, INC., ET AL.,

        Defendants.

---

JOHN G. KOELTL, District Judge:

    As discussed at the telephone conference held today, the time to answer or move in response to the complaint is **July 14, 2023**. If a motion to dismiss is made, the plaintiff's response is due on **August 4, 2023**. Any reply is due on **August 18, 2023**.

SO ORDERED.

Dated:   New York, New York
        June 26, 2023

                                      John G. Koeltl
                                    United States District Judge