UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLOBEFILL INC.,

    Plaintiff,

- against -

The T.J.X. COMPANIES, INC. ET AL.,

    Defendants.

---

23-cv-4520 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

 The parties are directed to appear for a telephone conference on **October 25, 2023**, at **3:00 p.m.**

 Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

Dated: New York, New York
   October 19, 2023

           /s/ John G. Koeltl
           John G. Koeltl
         United States District Judge