UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLOBEFILL, INC.,

                Plaintiff,

  - against -

THE T.J.X. COMPANIES, INC., ET AL.,

                Defendants.

23-cv-4520 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    As discussed at the hearing held on October 25, 2023, the Court has considered all of the arguments raised by the parties. To the extent not specifically addressed, the arguments are either moot or without merit. For the foregoing reasons, the defendants' motion to dismiss is **granted in part without prejudice and denied in part.** The Clerk is directed to close ECF Nos. 38 and 42.

    Any amended complaint should be filed by **November 15, 2023.** The deadline to move or answer is **December 6, 2023.**

SO ORDERED.

Dated:    New York, New York
            October 25, 2023

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                      United States District Judge