```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

GLOBEFILL INC.,                        23-cv-4520 (JGK)

        Plaintiff,            ORDER

- against -

THE T.J.X. COMPANIES, INC., ET AL.,

        Defendants.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by December 22, 2023.

SO ORDERED.

Dated:    New York, New York
           December 7, 2023

                                                    John G. Koeltl
                                    United States District Judge